2

Douglas B. Jacobs 084153
Jacobs, Anderson, Potter & Chaplin
20 Independence Circle
Chico, California 95973
Phone: (530) 342-6144
Fax: (530) 342-6310

Attorney for Debtor

FILED
May 10, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002620725

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

In Re:

JOHN GODDARD,

Debtor.

Case No.: 10-23040-B-13J

**DECLARATION OF COLLEEN WAMBOLT IN SUPPORT OF MOTION FOR HEARING ON CONFIRMATION OF CHAPTER 13 PLAN**

DCN: DBJ-1

Date: June 22, 2010
Time: 9:32 a.m.
Dept: B
Judge: Holman

I, Colleen Wambolt, make this declaration under penalty of perjury. I am employed at the Internal Revenue Service as an Insolvency Specialist Employee ID # 94-10021. If called upon to testify, I could and would testify as to all of the facts contained herein.

The Internal Revenue Service has agreed to the claim listed to them in Class 5 of Debtors Plan. They are also aware that at the end of the Plan there will still be an amount owing by the Debtors and upon Discharge debtors will contact IRS to make an Installment Agreement to

DECLARATION IN SUPPORT OF MOTION FOR HEARING ON CONFIRMATION OF CHAPTER 13 PLAN
1

continue making monthly payments on the debt until paid in full.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 5/5/2010

_____
Colleen Wambolt
Insolvency Specialist