FILED

May 10, 2010

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002620724

Douglas B. Jacobs, 084153
JACOBS, ANDERSON, POTTER & CHAPLIN, LLP
20 Independence Circle
Chico, CA 95973
Phone: 530-342-6144
Fax: 530-342-6310

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| In re, | **Case No: 10-23040-** |
| JOHN GODDARD, | **DCN: DBJ - 1** |
| Debtor. | **DECLARATION OF DEBTOR IN SUPPORT OF MOTION TO CONFIRM FIRST AMENDED CHAPTER 13 PLAN** |
| | **DATE:**<br>**TIME:**<br>**DEPT:**<br>**JUDGE:** |

This declaration is offered in support of Confirmation of the Debtors First Amended Chapter 13 Plan.

I, John Goddard, declare:

1. I am the Debtor in this Chapter 13 proceeding.

2. If called as a witness, I could and would competently testify to the matters stated in this declaration.

3. It is my belief that the Plan complies with the provisions of Chapter 13 and all other provisions of the Bankruptcy Code.

4. It is my belief that any fees or charges required by this Court in the proceeding have been paid.

5. I have proposed the Plan in good faith in an attempt to fairly and equitably provide payment to our creditors under the provisions of Chapter 13 of

the U.S. Bankruptcy Code.  I do not believe the Plan has been proposed by any means forbidden by law.

6.  The Petition I filed under Chapter 13 was filed in good faith in an attempt to fairly and equitably treat each of my creditors according to the requirements of the Bankruptcy Code.

7.  I believe that the Plan is feasible and that I will be able to make the payments set forth in the Plan and to comply with the provisions of the Plan.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct.  Executed on May 4, 2010 at Chico, California.

John Goddard